IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIM W. SUTTON                                                   PLAINTIFF

   v.                         CIVIL NO. 07-05158

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                  DEFENDANT

## **J U D G M E N T**

NOW on this the 23rd day of February 2009, comes on for consideration the Report and Recommendation dated January 20, 2009 (document #17), by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.

Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

                                                   **/S/JIMM LARRY HENDREN**
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**